# IN UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DISTRICT

**MARTHA KLEIN**                                                                                   **PLAINTIFF**

**v.**                                   **4:08-CV-00098-WRW**

**ARKANSAS PHYSICIAN MANAGEMENT, INC.**
**d/b/a LITTLE ROCK FAMILY PRACTICE CLINIC**                          **DEFENDANT**

### ORDER

Pending is the parties' Joint Motion to Dismiss (Doc. No. 10) due to settlement.

Accordingly, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 23rd day of January, 2009.

                                              /s/ Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE